UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEACH GLO TANNING STUDIO INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SCOTTSDALE INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-13901 (BRM) (ZNQ)<br><br>**ORDER** |

**THIS MATTER** is before the Court on a Motion to Dismiss filed by Defendants Scottsdale Insurance Company ("Scottsdale") and Nationwide Mutual Insurance Company ("Nationwide" and collectively with Scottsdale, "Defendants") seeking to dismiss Plaintiff Beach Glo Tanning Studio Inc.'s ("Beach Glo") Class Action Complaint (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(1), (2) and (6). (ECF No. 4.) Having reviewed the parties' submissions filed in connection with the motion and declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 28th day of May 2021,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 4) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(6); and it is further

**ORDERED** that Beach Glo's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**